NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ZOMM, LLC,**
*Appellant*

**v.**

**APPLE INC.,**
*Appellee*

---

2020-2000, 2020-2002

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2019-00275, IPR2019-00277.

---

## JUDGMENT

---

MICHAEL J. ZINNA, Kelley Drye & Warren, LLP, New York, NY, argued for appellant. Also represented by DAVID LINDENBAUM.

ROBERT MANHAS, Orrick, Herrington & Sutcliffe LLP, Washington, DC, argued for appellee. Also represented by MELANIE L. BOSTWICK, MARK S. DAVIES.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, TARANTO, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 9, 2021                    /s/ Peter R. Marksteiner
Date                             Peter R. Marksteiner
                                 Clerk of Court